## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

UNITED STATES OF AMERICA                                    **PLAINTIFF**

v.                                          **CIVIL ACTION NO. 3:24-cv-188-MPM-RP**

TRENTICE SPARKS, SR.                                        **DEFENDANT**

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Trentice

Sparks, Sr. The parties stipulate and consent to the entry of judgment in favor of the United

States of America against Defendant Trentice Sparks, Sr. on the basis of violations of the False

Claims Act, U.S.C. §3729-3733 in the sum of $46,857.54, which sum specifically includes two

loans, one in the amount of $20,933.11 (the amount of loan #2532878810 plus interest through

the date of forgiveness) and another loan in the amount of $20,924.43 (the amount of loan

#7762838905 plus interest through the date of forgiveness) for the Paycheck Protection Program

loans and $5,000.00 for the banks' processing fees. Post judgment interest shall accrue at the

legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually

until paid in full, but without costs to either party. Defendant Trentice Sparks, Sr. agrees that the

sum owed, $46,857.54, plus interest, is due and payable in full immediately. Defendant also

agrees to pay a separate $405.00 filing fee and a separate fee of $146.75 for service of process,

pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Trentice Sparks, Sr. pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Trentice Sparks, Sr. will be credited to his outstanding debt.

IT IS SO ORDERED this the 14ᵗʰ day of August 2024.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
TRENTICE SPARKS, SR., *Pro Se Defendant*

2